# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>vs.<br><br>**JEVON ISAIAH MURK,**<br>aka "Shooter,"<br><br>**Defendant.** | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>**FORFEITURE** |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 9, 2023, in the Southern District of Ohio, the defendant, **JEVON ISAIAH MURK,** did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Canik55, Model TP-9DA, 9mm pistol, Serial Number: T6472-21BJ04109, knowing that he had been convicted of one or more crimes punishable by a term of imprisonment exceeding one year, that is, Burglary-First Degree, in the Circuit Court for Baltimore County, Maryland, Case no: 03-K-17-004845 on or about February 28, 2018.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2

On or about May 9, 2023, in the Southern District of Ohio, the defendant, **JEVON ISAIAH MURK,** did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Taurus, Model G2C 9mm pistol, SN: ADB015536, knowing that he had been convicted of one or more crimes punishable by a term of imprisonment exceeding one year, that is, Burglary-First

Degree, in the Circuit Court for Baltimore County, Maryland, Case no: 03-K-17-004845 on or about February 28, 2018.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, **JEVON ISAIAH MURK**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- Canik55, Model TP-9DA, 9mm pistol, SN: T6472-21BJ04109;
- Taurus, Model G2C .9mm pistol, SN: ADB015536; and
- All related magazines and ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

s/ Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

s/Kenneth F. Affeldt
**KENNETH F. AFFELDT, 0052128**
**Assistant United States Attorney**